**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Queens GC<br>5218 19<br>Brooklyn NY 11204 | | Goods/Services | | | | 253,162 |
| 2 | Apartment Developers LLC<br>735 Bedford Ave<br>Brooklyn NY 11205 | | Goods/Services | | | | 222,148 |
| 3 | 1 Seal Usa LLC<br>544 Park Ave #431<br>Brooklyn NY 11205 | | Goods/Services | | | | 192,170 |
| 4 | Ra Engineering LLP<br>512 7th Ave 6th floor<br>NY, NY 10018 | | Goods/Services | | | | 96,775 |
| 5 | 20/20 Inspections Inc.<br>3716 Fort Hamilton Parkway, Suite 100<br>Brooklyn, NY 11218 | | Goods/Services | | | | 91,176 |
| 6 | Quality Facility Solutions<br>199 Lee Avenue, Suite #297<br>Brooklyn, NY 11211 | | Goods/Services | | | | 88,552 |
| 7 | Brooklyn Steel Services<br>65 13th St.<br>Brooklyn, NY 11215 | | Goods/Services | | | | 80,250 |
| 8 | Con Edison | | Goods/Services | | | | 71,902 |

Debtor _____  Case number (*if known*)_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ECO USA LLC<br>100A BROADWAY - SUITE 188<br>BROOKLYN NY 11249 | | Goods/Services | | | | 67,910 |
| 10 | Big Apple Testing<br>9 Brooklyn Ave.<br>New Hyde Park, NY 11040 | | Goods/Services | | | | 46,425 |
| 11 | Moses Katz & Associates<br>389 Wiloughby Ave #101<br>Brooklyn NY 11205 | | Goods/Services | | | | 32,980 |
| 12 | Alumil Supply LLC<br>100A Broadway #155<br>Brooklyn NY 11249 | | Goods/Services | | | | 30,337 |
| 13 | NYC Electrical Contracting Inc.<br>185 Spencer Street<br>Brooklyn, NY 11205 | | Goods/Services | | | | 27,060 |
| 14 | Guma Corp.<br>240 Water Street<br>Brooklyn, NY 11201 | | Goods/Services | | | | 17,317 |
| 15 | ODA Architectural<br>250 Park Avenue South<br>Third Floor<br>New York, NY 10003 | | Goods/Services | | | | 16,666 |
| 16 | Blank Rome<br>1271 Avenue of American<br>NY, NY 10020 | | Goods/Services | | | | 13,519 |
| 17 | Elite Expediting<br>1155 47th Street<br>Brooklyn NY 11219 | | Goods/Services | | | | 13,500 |
| 18 | Rent A Unit<br>543 Bedford Ave. suite#243<br>Brooklyn, NY 11211 | | Goods/Services | | | | 12,432 |
| 19 | Connect Direct Communications Inc.<br>27 Bluefield DR. unit201<br>Spring Valley, NY 10977 | | Goods/Services | | | | 10,870 |
| 20 | Ben Rottenstein Associates Inc.<br>147 Prince Street<br>Brooklyn, NY 11201 | | Goods/Services | | | | 10,000 |