**Fill in this information to identify the case:**

Debtor  _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                              (State)

Case number  _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor _____      Case number (*if known*)_____
          Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
20/20 Inspections Inc.
3716 Fort Hamilton Parkway, Suite 100
Brooklyn, NY 11218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 91,176

**3.2 Nonpriority creditor's name and mailing address**
1 Seal Usa LLC
544 Park Ave #431
Brooklyn NY 11205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 192,170

**3.3 Nonpriority creditor's name and mailing address**
Able Fencing Inc
59 Collins Ave
NY 10977

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,500

**3.4 Nonpriority creditor's name and mailing address**
Alumil Supply LLC
100A Broadway #155
Brooklyn NY 11249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 30,337

**3.5 Nonpriority creditor's name and mailing address**
Apartment Developers LLC
735 Bedford Ave
Brooklyn NY 11205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 222,148

**3.6 Nonpriority creditor's name and mailing address**
Bac Group III LTD.
366 Broadway
Brooklyn NY 11211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

Date or dates debt was incurred _____
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 350

Debtor _____   Case number (*if known*)_____
          Name

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Ben Rottenstein Associates Inc.
147 Prince Street
Brooklyn, NY 11201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

$ 10,000

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Big Apple Testing
9 Brooklyn Ave.
New Hyde Park, NY 11040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

$ 46,425

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Blank Rome
1271 Avenue of American
NY NY 10020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

$ 13,519

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Brooklyn Steel services
65 13th St.
Brooklyn, NY 11215

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

$ 80,250

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Buro Happold Consulting Engineerrs
100 Broadway 23rd floor
NY NY 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods/Services

$ 5,000

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____  Case number (*if known*)_____
       Name

# Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

3.__  **Nonpriority creditor's name and mailing address**
Certified Lumber
470 Kent Ave
Brooklyn, NY 11249

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 690

---

3.__  **Nonpriority creditor's name and mailing address**
Con Edison

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 71,902

---

3.__  **Nonpriority creditor's name and mailing address**
Connect Direct Communications Inc.
27 Bluefield DR. unit201
Spring Valley, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 10,870

---

3.__  **Nonpriority creditor's name and mailing address**
Downtown Capital Funding, LLC
1407 60th Street
Brooklyn, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ _____

---

3.__  **Nonpriority creditor's name and mailing address**
ECO USA LLC
100A BROADWAY - SUITE 188
BROOKLYN NY 11249

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 67,910

---

Debtor _____    Case number (*if known*)_____
             Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Elite Expediting<br>1155 47th Street<br>Brooklyn NY 11219<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 13,500 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Empire Fire Solutions<br>1361 40th St.<br>Brooklyn, NY 11218<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 370 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Express Filing Inc<br>183 Wilson St #395<br>Brooklyn NY 11211<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 700 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>GRL Engineers<br>2175 MacDade Boulevard<br>Holmes, PA 19043<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 3,000 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Guma Corp.<br>240 Water Street<br>Brooklyn, NY 11201<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 17,317 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Leonard J Standberg<br>32 Smith Freeport<br>Freeport NY 11520<br><br>**Date or dates debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods/Services<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 400 |

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page ___ of ___

Debtor _____   Case number (*if known*)_____
          Name

## Part 2:   Additional Page

| | | **Amount of claim** |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | |

**3.___**  **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**3.___**  **Nonpriority creditor's name and mailing address**
Moses Katz & Associates
389 Wiloughby Ave #101
Brooklyn NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 32,980

---

**3.___**  **Nonpriority creditor's name and mailing address**
MPI Plumbing
670 Myrtle #234
Brooklyn NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 6,200

---

**3.___**  **Nonpriority creditor's name and mailing address**
NYC Electrical Contracting Inc.
185 Spencer Street
Brooklyn, NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 27,060

---

**3.___**  **Nonpriority creditor's name and mailing address**
NYC FUEL SERVICE CORP.
5317 92nd St.
Elmhurst, NY 11373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 4,375

---

Debtor _____    Case number (*if known*)_____
  Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>ODA Architectural<br>250 Park Avenue South<br>Third Floor<br>New York, NY 10003<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 16,666 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Perfect Pest Control<br>199 Lee Ave #631<br>Brooklyn NY 11211<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,769 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Quality Facility Solutions<br>199 Lee Avenue, Suite #297<br>Brooklyn, NY 11211<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 88,552 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Queens GC<br>5218 19<br>Brooklyn NY 11204<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 253,162 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Ra Engineering LLP<br>512 7th Ave 6th floor<br>NY NY 10018<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 96,775 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Rent A Unit<br>543 Bedford Ave. suite#243<br>Brooklyn, NY 11211<br>Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/Services<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 12,432 |

**Part 2:**  **Additional Page**

| | |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim** |

3.___  **Nonpriority creditor's name and mailing address**

Silvercup Scaffolding 1 LLC

146 Spencer St #4002

Brooklyn NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ Liquidated and neither contingent nor disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 800

---

3.___  **Nonpriority creditor's name and mailing address**

Sunbelt Rentals Inc

PO box 409211

Atlanta GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 4,649

---

3.___  **Nonpriority creditor's name and mailing address**

Thomas Tiles Inc

1438 Ovington Ave

Brooklyn NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 1,906

---

3.___  **Nonpriority creditor's name and mailing address**

ZETLIN & DE CHIARA

1251 Avenue of the Americas, 36th Floor

New York, NY 10020

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Goods/Services

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 450

---

3.___  **Nonpriority creditor's name and mailing address**

Abe Greenhut

209 Harrison Avenue

~~Brooklyn NY 11206~~

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:** claim for 10% profits

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

$ 0

---

Debtor _____    Case number (*if known*)_____
         Name

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____0_____ |
| 5b. **Total claims from Part 2** | 5b. ✚ | $_____ |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $_____ |