**Fill in this information to identify the case:**

Debtor name __1550 BEDFORD AVE LLC__

United States Bankruptcy Court for the: __EASTERN_____ District of __NEW YORK__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  YOEL GOLDMAN | 141 SKILMAN STREET<br>Street<br><br>BROOKLYN    NEW YORK    11211<br>City    State    ZIP Code | DCP BEDFORD GRAHAM | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number (*if known*)_____
      Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.__ _____ | Street _____ <br> _____ <br> City   State   ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |