# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
**In Re:**                                                                **Case No.**

                                                                              **Chapter**

**Debtor(s)**
-------------------------------------------------------x

## **VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS**

        The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated:

                                                        _____
                                                        _ Debtor

                                                        _____
                                                        _ Joint Debtor

                                                        */s/ ISAAC NUTOVIC*
                                                        _____
                                                        _ Attorney for Debtor

United States Bankruptcy Court
Eastern District of New York

# PRO SE MATRIX SUBMISSION

The paper copy of the list must be prepared in accordance with the following specifications:

1. The list must be typed in Courier 12 point font (10cpi).

2. Creditors must be listed in alphabetical order, in a single column down the left-hand side of the page.

3. Top bottom margins should be approximately 1 inch each.

4. Each listing should consist of <u>no more than five lines</u>, single-spaced, and with listings separated by two blank lines. (Do not skip any lines within a listing.) Each line must not exceed 40 characters.

5. List creditors only - <u>do not include debtor or attorney, U.S. Trustee</u>, page headings of any kind, page numbers.

6. Creditor listings should include names and addresses only - <u>do not include account numbers</u>.

7. ZIP codes must be located on the same line as the city and state, which should be the last line of the address.

8. If a zip code contains 9 digits, make sure that the entire zip code appears on the same line, with a hyphen place between the fifth and sixth numbers.

9. <u>Avoid using punctuation (periods, commas, etc.)</u> in names and addresses.

10. If "attention" lines are used, they should appear as the second line of the address, rather than the last line.

11. No headers, footers or page numbers should appear on the list.

12. Only the first letter of name/word should be capitalized. <u>Do not capitalize entire lines.</u>

13. Certain parties have advised the court of particular addresses to which notices are to be sent if these parties are scheduled as creditors in bankruptcy cases.

Citibank/CCSI
Bankruptcy Dept
7930 NW 110th St
Kansas City MO 64195-9904

First National Bank
Post Office Box 3391
Beaumont TX 77703-3391

Flex Northwest
1540 NW 46th St
Seattle WA 98277

General Welding Supply Co
3465 Maryland Blvd
Baltimore MD 21286

Ideal Electronics Inc
235 Broadway
Brooklyn NY 11228

North American Mortgage Co.
231 East Ave.
Albion NY 14411

NYS Dept of Taxation & Finance
Bankruptcy Unit
PO Box 5300
Albany NY 12205-5300

PNC Mortgage
500 W Jefferson St
9th Floor
Louisville KY 40202

Sears Bankruptcy Recovery
Services Inc
45 Congress St
Salem MA 01970

SAMPLE

1550 Bedford Ave LLC
199 Lee Avenue #693
Brooklyn, NY 11211

20/20 Inspections Inc.
3716 Fort Hamilton Parkway, Suite 100
Brooklyn, NY 11218

1 Seal Usa LLC
544 Park Ave #431
Brooklyn NY 11205

Abe Greenhut
209 Harrison Avenue
Brooklyn NY 11206

Able Fencing Inc
59 Collins Ave
NY  10977

Alumil Supply LLC
100A Broadway #155
Brooklyn NY 11249

Apartment Developers LLC
735 Bedford Ave
Brooklyn NY 11205

Bac Group III LTD.
366 Brodway
Brooklyn NY 11211

Ben Rottenstein Associates Inc.
147 Prince Street
Brooklyn, NY 11201

Big Apple Testing
9 Brooklyn Ave.
New Hyde Park, NY 11040

Blank Rome
1271 Avenue of American
NY NY 10020

Brooklyn Steel Services
65 13th St.
Brooklyn, NY 11215

Buro Happold Consulting Engineerrs
100 Broadway 23rd floor
NY NY 10005

C & A Iron Works
65 13th St.
Brooklyn, NY 11215

Certified Lumber
470 Kent Ave
Brooklyn, NY 11249

City of New York Law Department
Bankruptcy Section
100 Church Street Room 3-118
New York, NY 10007

Connect Direct Communications Inc.
27 Bluefield DR. unit201
Spring Valley, NY 10977

Corporation Counsel of the City of New York
100 Church Street Room 3-118
New York, NY 10007

DCP Bedford Graham, LLC
 360 Hamilton Avenue, Suite 1110
White Plains, NY 10601

Downtown Capital Funding, LLC
1407 60th Street
Brooklyn, NY 11219

ECO USA LLC
 100A BROADWAY - SUITE 188
 BROOKLYN NY 11249

Elite Expediting
1155 47th Street
Brooklyn NY 11219

Empire Fire Solutions
1361 40th St.
Brooklyn, NY 11218

Express Filing Inc
183 Wilson St #395
Brooklyn NY 11211

GRL Engineers
2175 MacDade Boulevard
Holmes, PA 19043

Guma Corp.
240 Water Street
Brooklyn, NY 11201

Leonard J Standberg
32 Smith Freeport
Freeport NY 11520

Moncon Inc.
56-21 Metropolitan Ave.
Ridgewood NY 11385

Moses Katz & Associates
389 Wiloughby Ave #101
Brooklyn NY 11205

MPI Plumbing
670 Myrtle #234
Brooklyn NY 11205

NYC Electrical Contracting Inc.
185 Spencer Street
Brooklyn, NY 11205

NYC FUEL SERVICE CORP.
5317 92nd St.
Elmhurst, NY 11373

ODA Architectural
250 Park Avenue South
Third Floor
New York, NY 10003

Perfect Pest Control
199 Lee Ave #631
Brooklyn NY 11211

Quality Facility Solutions
199 Lee Avenue, Suite #297
Brooklyn, NY 11211

Queens GC
5218 19
Brooklyn NY 11204

Ra Engineering LLP
512 7th Ave 6th floor
NY NY 10018

Rent A Unit
543 Bedford Ave. suite#243
Brooklyn, NY 11211

Silvercup Scaffolding 1 LLC
146 Spencer St #4002
Brooklyn NY 11205

Sunbelt Rentals Inc
PO box 409211
Atlanta GA 30384

Thomas Tiles Inc
1438 Ovington Ave
Brooklyn NY 11219

ZETLIN & DE CHIARA
1251 Avenue of the Americas, 36th Floor
New York, NY 10020

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation & Finance
Bankruptcy Section P O Box 5300
Albany, New York 12205-0300

NYC Office of Administrative Trials and Hearings
66 John Street, 10th Floor
New York, NY 10038

NYC Department Of Finance (Dof)
66 John Street
2nd Floor
New York, NY 10038

NYC Water Board (DEP)
66 John Street,2nd Floor
New York, NY 10038
Queens GC
5218 19
Brooklyn NY 11204

Elite Expediting
5218 19
Brooklyn NY 11204


William C. Heuer, Esq.
Westerman Ball
1201 RXR Plaza,
Uniondale, New York 11556