UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

                                                      Chapter 11

**1550 BEDFORD AVE LLC**

                                                      Case No. 24

                                                 Debtor
---------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders in 1550 Bedford Ave LLC:

        Yoel Goldman

Dated: New York, New York
      December 31, 2024                LAW OFFICIES OF ISAAC NUTOVIC
                                               Proposed Attorneys for Debtor

                                           By:   *s/Isaac Nutovic*
                                                 Isaac Nutovic, Esq.
                                                 261 Madison Avenue, 26th Floor
                                                 New York, New York 10016
                                                 (917) 922-7963