*Isaac Nutovic, Esq.*
*Law Offices of Isaac Nutovic*
*261 Madison Avenue, 26th Floor*
*New York, New York 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re                                             Chapter 11

    1550 BEDFORD AVE LLC                Case No. 24- ()


                                              Debtor
----------------------------------------------------------X

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to L.B.R. E.D.N.Y. 1073-3 the undersigned certifies that the following corporations or entities directly or indirectly own 10% or more of the above debtor's equity interests:

                                 None


    Dated: December 31, 2024

                                           *s/Isaac Nutovic*
                                            Isaac Nutovic
                      Proposed Counsel to 1550 Bedford Ave LLC