*Isaac Nutovic, Esq.*
*LAW OFFICES OF ISAAC NUTOVIC*
*261 Madison Avenue, 26th Floor*
*New York, New York 10016*
*(917) 922-7963*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                   Chapter 11

                1550 BEDFORD AVE LLC,                    Case No. 24-45433 (ess)

                                                  Debtor.
-----------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF ISAAC NUTOVIC IN SUPPORT OF THE DEBTOR'S MOTION AUTHORIZING SALE OF ITS REAL PROPERTY

ISAAC NUTOVIC, declaring under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I am counsel to 1550 Bedford Ave LLC (the "Debtor"). I make this declaration in support of the Debtor's motion (the "Sale Motion") filed on February 17, 2025, seeking, see *inter alia,* an order authorizing the sale of its real property following an auction sale. At this time the Debtor is also seeking approval of the amendment to the Sale Agreement. Capitalized terms not defined herein are as defined in the Sale Motion.

### Amendment of Sale Agreement

2. In connection with the Sale Motion this Court entered an order dated March 24, 2025, approving the terms of the Sale Agreement (which was subject to higher and better offer) with DCP Bedford Graham LLC—the Debtor's lender with a secured claim exceeding $45 million

3. As contemplated by the Sale Agreement DCP Bedford Graham LLC assigned the

Sale Agreement to Bedford Acquisition Partners LLC (the "Stalking Horse Purchaser") on condition that the Stalking Horse Purchaser enter into an amendment to the Sale Agreement increasing the original price by $100,000. A copy of the proposed Amendment to Asset Purchase Agreement with exhibits is annexed as Exhibit A.

<u>Approval of Sale to Stalking Horse Purchaser for $10,100,000</u>

4. The Debtor had scheduled an auction sale of the Property for May 6, 2025. Court approved Bid Procedures required prospective bidders to submit deposits and signed qualification packets by April 29, 2025. The Debtor extended the deadline to May 1, 2025. Although Avison Young, the Debtor's real estate professionals, had extensive interaction with various interested parties, no prospective bidders have emerged in compliance with the Bid Procedures.

5. The Debtor has filed a notice canceling the auction sale on the docket and Avison Young notified all parties that had filed non-disclosure agreements of the cancellation.

6. Accordingly, the Debtor is seeking approval of the amended Sale Agreement.

Dated: May 6, 2025

                                                                     /s/*Isaac Nutovic*
                                                                      Isaac Nutovic